FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
8/25/2022 2:41 PM
JAMIE SMITH
DISTRICT CLERK
B-210283

CAUSE NO. _____

| | | |
|---|---|---|
| MAVERICK INTERNATIONAL, LTD | § § § | IN THE DISTRICT COURT OF |
| VS. | § § | JEFFERSON COUNTY, TEXAS |
| PERFORMANCE CONTRACTORS, INC. | § § | \_\_\_\_ JUDICIAL DISTRICT |

<u>PLAINTIFF'S ORIGINAL PETITION</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MAVERICK INTERNATIONAL, LTD., hereinafter referred to as "Plaintiff MAVERICK," and complains of PERFORMANCE CONTRACTORS, INC., hereinafter referred to as "Defendant PERFORMANCE," and for cause of action shows:

I.

Plaintiff is a resident of Jefferson County, Texas. Plaintiff brings this case pursuant to Level 3 of the TEXAS RULES OF CIVIL PROCEDURE.

Jurisdiction and venue are proper in this Court pursuant to the agreement and contract entered by PERFORMANCE, which provides that "<u>exclusive venue for any action relating to or arising from this credit application is City of Beaumont, County of Jefferson, State of Texas, USA.</u>"

The contracts made the subject of this lawsuit were entered in Jefferson County and performable in Jefferson County. The acts and omissions giving rise to the claims and causes of action occurred in Jefferson County.

Pursuant to TEX.R.CIV.P. 47(c)(3), Plaintiff sues for monetary relief over $250,000 but not more than $1,000,000.

**EXHIBIT B**

1

II.

Defendant, PERFORMANCE CONTRACTORS, INC. is a Foreign For-Profit Corporation or other business entity organized in Louisiana and which does business in the state of Texas, and which may be served with process in one or more of the following ways:

(a) PERFORMANCE CONTRACTORS, INC. is a foreign corporation or other business entity which is required by statute to designate or maintain a resident agent in Texas or engages in business in Texas, but has not designated or maintained a resident agent for service of process in Texas. In addition, PERFORMANCE CONTRACTORS, INC. engages in business in Texas, but does not maintain a designated agent for service of process. This proceeding arises out of the business PERFORMANCE CONTRACTORS, INC. has done in Jefferson County, Texas and to which PERFORMANCE CONTRACTORS, INC. is a party. Therefore, PERFORMANCE CONTRACTORS, INC. may be served with process by serving the Texas Secretary of State, Statutory Documents, Post Office Box 12079, Austin, Texas 78711, as statutory agent, pursuant to the TEX.CIV.PRAC.& REM. CODE §17.044(a)(1) and (b). Upon information and belief, PERFORMANCE CONTRACTORS, INC. maintains a home office at the following locations:

9901 Performance Way
Baton Rouge, Louisiana 70810

(b) By serving PERFORMANCE CONTRACTORS, INC. – Registered Agent, C T Corporation System – by certified mail, return receipt requested, located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

Plaintiff sues said Defendant together with all parties identified by Rule 28 of the TEXAS RULES OF CIVIL PROCEDURE.

## III.
## FACTS

Defendant holds themselves out as a company in the industry of industrial construction. During August 2021 Defendant submitted purchase orders to Maverick in Jefferson County for certain goods and materials. In reliance on Defendant's representations, warranties, and promises communicated to Plaintiff in Jefferson County that Defendant would pay for said goods and materials, Plaintiffs agreed to furnish said material goods, and in fact furnished said goods and materials. However, Defendant failed and refused to fulfill their agreements, obligations and promises to pay for said goods and materials. (eg. Invoices 181997, Id.)

Plaintiff, at the request of Defendant PERFORMANCE CONTRACTORS, INC., sold and shipped various goods in August 2021 at various prices charged, the same being the reasonable market value and agreed purchase price of same. In exchange, Defendant PERFORMANCE promised and agreed to pay and became bound and obligated to pay Plaintiff the said sum of money for the goods. After the goods were delivered and accepted, Defendant PERFORMANCE failed to make any payments to Plaintiff.

## IV.
## CAUSES OF ACTION

Plaintiff incorporates the allegations above as if the same were fully set forth herein. All matters are pled in the alternative, as provided by the TEXAS RULES OF CIVIL PROCEDURE.

A.  Breach of Contract

Defendant agreed to pay for goods and materials in consideration of Defendant's agreement, Maverick furnished said goods and materials. Defendant breached its agreement by failing to pay for goods and materials as promised and agreed to.

As a consequence of said breach, Plaintiff has suffered and continues to suffer damages, including, but not limited to, the amount of the unpaid invoices plus penalties, interest, and attorney fees, and such other actual and consequential damages as may be proved at trial.

Plaintiff has engaged the services of the undersigned attorneys to recover damages under the terms of the agreement.

V.
QUANTUM MERUIT

Plaintiff incorporates by reference the factual allegations contained in the preceding paragraphs.

In the alternative Plaintiff seeks to recover in quantum meruit for the goods or services provided to Defendant.

Defendant has not paid Plaintiff reasonable value of the goods or services provided by the Plaintiff despite demand for payment having been made.

VI.
ATTORNEY FEES

Plaintiff has engaged the services of the undersigned attorneys to recover damages under the terms of the agreement. Demand has been made of Defendant PERFORMANCE by the Plaintiff MAVERICK for the payment of the goods rendered

pursuant to the parties' agreement. This demand was prepared and delivered in accordance with the requirements of TEXAS CIVIL PRACTICES AND REMEDIES CODE §38. Since Defendant failed and continues to fail to honor their promises and obligations, Plaintiff MAVERICK has incurred fees for hiring the attorneys listed below to bring this action on its behalf. Therefore, Plaintiff MAVERICK asks for judgment against Defendant for its reasonable and necessary attorney fees incurred in prosecuting this action.

## VII.
## RULE 193.7 NOTICE

Plaintiff intends to use Defendant's discovery responses as evidence at trial in accordance with such right and privileges established by TEX. R. CIV. P. 193.7.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to answer and appear herein and that upon final hearing hereof, Plaintiff has the following:

(1) Judgment against Defendant for actual damages in an amount in excess of the minimum jurisdictional limits of the court;

(2) Prejudgment interest as provided by law;

(3) Attorney's fees;

(4) Post-judgment interest as provided by law;

(5) Costs of suit; and

(6) Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

REAUD, MORGAN, & QUINN, L.L.P.
801 Laurel Street
Post Office Box 26005
Beaumont, Texas 77720-6005
Telephone: (409) 838-1000
Telecopier: (409) 833-8236

By: /s/ Mark Frasher
    Mark Frasher
    State Bar No. 00798187
    mfrasher@rmqlawfirm.com

Attorney for Plaintiff