IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MAVERICK INTERNATIONAL, LTD., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-00559 |
| | § | |
| PERFORMANCE CONTRACTORS, INC., | § | |
| | § | |
| DEFENDANT. | § | |

**JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE CHRISTINE L. STETSON:

COMES NOW, PLAINTIFF, MAVERICK INTERNATIONAL, LTD., and DEFENDANT, PERFORMANCE CONTRACTORS, INC. and file this Joint Notice to advise the Court that the parties have reached a settlement, and requesting a stay of the remaining deadlines, and state as follows:

**I.**

The parties and counsel participated in mediation before mediator Daniel Ducote through which they reached a settlement of all claims, counterclaims, and controversies at issue. The parties request a stay of all deadlines to complete settlement papers.

The parties jointly request the Court remove this case from the trial docket of May 2025 and stay all remaining deadlines.

Respectfully submitted,

REAUD, MORGAN & QUINN, L.L.P.

801 Laurel Street
Post Office Box 26005
Beaumont, Texas 77720-6005
Telephone: (409) 838-1000
Telecopier: (409) 833-8236

By: _____ */s/ Mark Frasher* _____
Mark Frasher
State Bar No. 00798187
mfrasher@rmqlawfirm.com
**Attorney for Plaintiff**

BREAZEALE, SACHSE & WILSON, L.L.P.

One American Place, 23rd Floor
P. O. Box 3197
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile: (225) 381-8029

By: /s/ David C. Fleshman *SIGNED WITH PERMISSION*
Murphy J. Foster, III
La. Bar Roll No. 5779 *(Admitted pro hac vice)*
murphy.foster@bswllp.com
David C. Fleshman
La. Bar Roll No. 34382 *(Admitted pro hac vice)*
david.fleshman@bswllp.com
**Attorney for Defendant**

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a true copy of the above and foregoing document on all appropriate parties this 31st day of March, 2025.

_____ */s/ Mark Frasher* _____
Mark Frasher