IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MAVERICK INTERNATIONAL, LTD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-CV-00559-CLS |
| | § | |
| PERFORMANCE CONTRACTORS, INC., | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING JOINT MOTION FOR AND STIPULATION OF DISMISSAL**

On June 2, 2025, Plaintiff Maverick International, LTD and Performance Contractors, Inc. submitted a Joint Motion for and Stipulation of Dismissal (doc. #69), in which the parties stipulate to a voluntary dismissal with prejudice of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The motion is signed by all parties to the case. (*Id.*)

After review, the parties' Joint Motion for and Stipulation of Dismissal (doc. #69) is **GRANTED**. It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** pursuant to the parties' Joint Motion for and Stipulation of Dismissal. Each party is to bear its own cost of court and attorney's fees. The clerk is directed to close the case and deny all pending motions as moot.

**THIS IS A FINAL JUDGMENT**.

**SIGNED this the 2nd day of June, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE